PEROT, Viola M.
Unclaimed Funds

08-12596

**BANK OF AMERICA, N.A.**　CHECK NUMBER

Barbara Rivera-Fulton, Trustee　32-1/1110 TX
P.O. BOX 19980　　　　　　　　　0
New Orleans, LA 70179

**1022**

| DATE | AMOUNT |
|---|---|
| 10/18/11 | **********94.46 |

1977209
PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-12596 | A | Debtor: PEROT, VIOLA M |

U.S. Bankruptcy Court Eastern Dist LA
Clerk of Bankruptcy Court
500 Poydras Street B-601
New Orleans, LA 70130

*Ninety Four Dollars And 46/100*

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000121⑆ 4437618469⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 229225　- JN
\* \* C O P Y \* \*
October 20, 2011
08:18:58

DEPOSIT TO 6047BK
DUE: JAMES PEROT.

TREASURY REGFUND
08-12596
Debtor.: VIOLA M. PEROT
Trustee: Barbara Rivera-Fulton
Amount.:　　　　　$94.46 CH
Check#.: 1022

10/20/11
Voyel

Total-> $94.46

FROM: RIVERA FULTON

**Barbara Rivera-Fulton**
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana  70179

October 18, 2011

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA  70130

RE:   PEROT, VIOLA M, USBC No. 08-12596 A

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $94.46 drawn on the account for the above bankruptcy estate which represents the dividend payment to creditor James Perot.  The creditor did not deposit the check within the 90 days allowed.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

**Barbara Rivera-Fulton**
**Chapter 7 Trustee**

enclosure